IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Perkins, Charlie | Case Number: 07 B 07985 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/9/08 | Filed: 5/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 29, 2008
Confirmed: July 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,150.00 | |
| Secured: | | 3,421.65 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,334.00 |
| Trustee Fee: | | 394.35 |
| Other Funds: | | 0.00 |
| Totals: | 7,150.00 | 7,150.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,334.00 | 3,334.00 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 1,117.00 | 158.70 |
| 5. | HSBC Mortgage Services | Secured | 31,445.85 | 2,676.33 |
| 6. | HSBC Mortgage Services | Secured | 6,422.52 | 586.62 |
| 7. | Cook County Treasurer | Unsecured | 17.04 | 0.00 |
| 8. | First Midwest Bank | Unsecured | 6,827.32 | 0.00 |
| 9. | First Financial Credit Union | Unsecured | 5,506.00 | 0.00 |
| 10. | Nicor Gas | Unsecured | | No Claim Filed |
| 11. | City Of Chicago | Unsecured | | No Claim Filed |
| 12. | American Collection Corp | Unsecured | | No Claim Filed |
| 13. | Ama Credit Service | Unsecured | | No Claim Filed |
| | | | $ 54,669.73 | $ 6,755.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 345.60 |
| 6.5% | 48.75 |
| | $ 394.35 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Perkins, Charlie | Case Number:  07 B 07985 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  9/9/08 | Filed:  5/2/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

